FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE
CLERK

FILED IN
1ST COURT OF APPEALS
TEXAS

FEB 7 2015

CHRISTOPHER A. PRINE
CLERK

IN THE

# FIRST DISTRICT COURT OF APPEALS

## AT HOUSTON, TEXAS

| | | |
|---|---|---|
| JUSTIN WAYNE PARRIS | § | |
| Appellant | § | Court of Appeals No. 01-14-00502-CR |
| V. | § | |
| THE STATE OF TEXAS | § | Trial Ct. Case No. 1352699 |
| Appellee | § | |

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME

## TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW, JUSTIN WAYNE PARRIS, "Appellant," Pro Se in the above styled and numbered cause, and respectfully files this SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF, requesting an extension of at least thirty (30) days but preferrably ninety (90) days in which to file his Pro Se response to Appellate Counsel's Anders' Brief. In support thereof, Appellant shows the Court the following:

**I.**

On November 24, 2014, Appellant received notice from court appointed Appellate Counsel, stating that he had filed an Anders' Brief on Appellant's behalf.

**II.**

Appellant's current due date for his pro se response to counsel's Anders' Brief is February 27, 2015. Appellant previously requested an extension of time, which this Court granted on January 13, 2015, granting Appellant 45 days from that date.

**III.**

Appellant's request for an additional extension of time is based upon the following facts:

a. Appellant is entitled to review a copy of the record and submit his own pro se brief in response to counsel's Anders' Brief. Appellant did not receive said copy of the record until January 23, 2015, and has not had sufficient time to review the record and do the research necessary to prepare a brief in response

to counsel's Anders' Brief.

b. Appellant believes that he may be entitled to the appointment of new counsel in this matter, therefore he has filed a motion requesting the appointment of new counsel; with this Honorable Court, as well as the District Court.

c. Appellant is a layman of the law and knows very little about the law.

d. Appellant is unable to retain counsel, due to indegency.

e. Appellant's access to the Law Library is limited to about ten (10) hours per week.

f. Appellant's comprehension level is limited and he must therefore rely on the assistance of another inmate in order to complete a brief, as well as these motions.

g. Appellant believes that the record before him is incomplete, as it does not include anything on the Suppression Hearing, on Appellant's Motion to Suppress that was filed pre-trial.

**WHEREFORE, PREMISES CONSIDERED,**Appelant prays this Court will grant this MOTION and extend the deadline for filing a pro se brief in response to counsel's Anders' Brief in Appeal No. 01-14-00502-CR by at least 30 days but preferrably by 90 days, to provide Appellant with sufficient time to prepare his brief.

I, JUSTIN WAYNE PARRIS, TDCJ # 1937601, being presently incarcerated in the French M. Robertson Unit of the Texas Department of Criminal Justice in Jones County, Texas; hereby verify and declare under penalty of perjury that the foregoing statements are true and correct; as well as offered in good faith.

RESPECTFULLY RESPECTED,

SIGNED AND EXECUTED on this the 20th day of February, 2015.

/s/ _____

Appellant, Pro Se

Justin Wayne Parris # 1937601
French M. robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
(325) 548-9035

### CERTIFICATE OF SERVICE:

The above signer hereby certifies that a true and correct copy of the foregoing MOTION has been served on all parties, via 1st Class U.S. Mail, Postage Pre-Paid, dropped in the outgoing prison mailbox on this the 20th day of February, 2015; adressed to:

- Christopher Prine, Clerk
  First Court of Appeals
  301 Fannin Street
  Houston, Texas  77002-2066

- Alan Curry
  Assistant District Attorney
  Harris County District Attorney's Office
  1201 Franklin, 6th Floor
  Houston, Texas  77002

JWP/awr-File
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

[ THIS  SPACE  INTENTIONALLY  LEFT  BLANK ]

**JUSTIN WAYNE PARRIS # 1937601**
French M. Robertson Unit, 12071 F.M. 3522, Abilene, Texas 79601

---

February 20, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

FEB 27 2015

CHRISTOPHER A. ....

Christopher Prine, Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

RE: APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF
  : APPELLANT'S MOTION REQUESTING APPOINTMENT OF NEW COUNSEL

Dear Clerk:

Greetings! I hope this finds you in the best of health and spirits. Please find enclosed my pro se APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF and my pro se APPELLANT'S MOTION REQUESTING APPOINTMENT OF NEW COUNSEL. I ask that you file these motions immediately, and bring them to the attention of the Court at your earliest convenience.

I further ask that you notify me of any action taken on these motions in a timely manner.

Lastly, please return a date/time stamped copy of this letter to me at the address below, so that I may file it with my records in this matter.

Your assistance in this very important matter is greatly appreciated.

Respectfully,

/s/ _____

Appellant, Pro Se
Justin Wayne Parris # 1937601
French M. Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601
(325) 548-9035

JWP/awr-File

Justin Parris #193760)
ROBERTSON UNIT
12071 F.M. 3522
ABILENE, TX 79601

ABILENE, TX
8 PM
FEB 24
2015
796

CHRISTOPHER PRINE, CLERK
FIRST COURT OF APPEALS
301 FANNIN STREET
HOUSTON, TX
77002-2066

77002$2066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 27 2015

CHRISTOPHER A. PRINE
CLERK